1  Matthew L. Sharp, Esq.
Nevada Bar No. 4746
2  **MATTHEW L. SHARP, LTD.**
432 Ridge Street
3  Reno, NV 89501
(775) 324-1500
4  matt@mattsharplaw.com

5  [*Additional Co-counsel on signature page*]

6  ***Attorneys for Plaintiff***

7                UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA

9
KIMBERLY BERNARD, Derivatively on Behalf
10  of MARATHON DIGITAL HOLDINGS, INC.        Case No.:      2:22-cv-00305-VCF
(f/k/a MARATHON PATENT GROUP, INC.),
11
                        Plaintiff,
12
          v.
13
FRED THEIL, GEORGES ANTOUN, KEVIN
14  DENUCCIO, SARITA JAMES, JAY LEUPP,      **PLAINTIFF'S CERTIFICATE**
SAID OUISSAL, MERRICK D. OKAMOTO,        **OF INTERESTED PARTIES**
15  and SIMEON SALZMAN,
16
                        Defendants,
17
-and-
18
MARATHON DIGITAL HOLDINGS, INC. (f/k/a
19  MARATHON PATENT GROUP, INC.),
20
                    Nominal Defendant.
21

22        The undersigned, counsel of record for Plaintiff, certifies that there are no known

23  interested parties on the Plaintiff's side other than those participating in the case.  These

24  ///

25  ///

26  ///

27  ///

28  ///

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

1  representations are made to enable judges of the Court to evaluate possible disqualification or

2  recusal.

3  DATED this 22nd day of February 2022.

4  **MATTHEW L. SHARP, LTD.**

5

6  _____/s/ Matthew L. Sharp_____
Matthew L. Sharp

7  Nevada Bar No. 4746
432 Ridge Street

8  Reno, NV 89501
Phone: (775) 324-1500

9  Email: matt@mattsharplaw.com

10  Gregory M. Egleston
**GAINEY McKENNA & EGLESTON**

11  501 Fifth Avenue, 19th Floor
New York, New York 10017

12  (212) 983-1300
gegleston@gme-law.com

13

14  ***Attorneys for Plaintiff***

15

16

17

18

19

20

21

22

23

24

25

26

27

28