James J. Pisanelli, Bar No. 4027
Debra L. Spinelli, Bar No. 9695
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101
Email: jjp@pisanellibice.com
Email: dls@pisanellibice.com

Jonathan D. Polkes (*pro hac vice forthcoming*)
Stephen A. Radin (*pro hac vice forthcoming*)
Caroline Hickey Zalka (*pro hac vice forthcoming*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: 212.310.8000
Facsimile: 212.310.8007
Email: Jonathan.Polkes@weil.com
Email: Stephen.Radin@weil.com
Email: Caroline.Zalka@weil.com

Attorneys for Defendants Georges Antoun, Kevin DeNuccio, Sarita James, Jay Leupp, Merrick D. Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY BERNARD, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>Plaintiff,<br><br>v.<br><br>FRED THEIL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, and SIMEON SALZMAN,<br><br>Defendants,<br><br>-and-<br><br>MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>Nominal Defendant. | CASE NO.: 2:22-cv-00305-VCF<br><br>**STIPULATION TO ACCEPT SERVICE AND SET UNIFORM DATE FOR MOTIONS TO DISMISS, INCLUDING STIPULATION TO EXTEND TIME FOR PARTY SERVED TO DATE**<br><br>**(First Request)** |

1

Defendants Fred Thiel[1], Georges Antoun, Kevin DeNuccio, Sarita James, Jay Leupp, Said Ouissal, Merrick D. Okamoto, Simeon Salzman (collectively, "Defendants"), Nominal Defendant Marathon Digital Holdings, Inc. ("Marathon"), and Plaintiff Kimberly Bernard ("Plaintiff"), by and through their respective counsel, and subject to this Court's approval, agree to (a) waive personal service of the summons and Complaint for Defendants; (b) set a uniform schedule for Defendants and Nominal Defendant Marathon to respond to the Complaint (ECF No. 1); and (c) extend time for Nominal Defendant Marathon, which has been served, to respond to the Complaint until the date Defendants will respond to the Complaint. This is the first request for an extension of time in this action.

1. On February 18, 2022, Plaintiff filed her Complaint;

2. On March 4, 2022, Plaintiff served the summons and Complaint on Nominal Defendant Marathon, and Nominal Defendant Marathon's response to the Complaint is currently due on March 25, 2022;

3. To date, the summons and Complaint have not been served on any Defendant, but Counsel for Defendants has agreed to accept service on behalf of Defendants and Plaintiff's counsel has agreed that Defendants and Nominal Defendant Marathon will respond to the Complaint on a uniform schedule on April 4, 2022;

4. Good cause therefore exists to extend Nominal Defendant Marathon's time to respond to the Complaint from March 25, 2022 to April 4, 2022, so that all responses to the Complaint will be filed on the same date.

5. The parties stipulate and agree that:

    a. The undersigned counsel for Defendants are authorized to and hereby waive service of the summons and Complaint on behalf of Defendants; provided, however, that waiver of service and entry into this stipulation shall not waive or prejudice any, and Defendants expressly preserve all, rights, claims, and defenses, including, but not limited to, all defenses relating to jurisdiction and

---

[1] Improperly captioned as "Fred Theil."

2

venue, except a defense as to the sufficiency of service of the summons and Complaint and the form of the summons;

    b.    Defendants and Nominal Defendant Marathon will file their responses to the Complaint on or before April 4, 2022.

6. This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial.

/ / /

| | |
|---|---|
| Dated this 25th day of March 2022. | Dated this 25th day of March 2022. |
| PISANELLI BICE PLLC | MATTHEW L. SHARP, LTD. |
| By: __/s/ Debra L. Spinelli__<br>James J. Pisanelli, Bar No, 4027<br>Debra L. Spinelli, Bar No. 9695<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 | By: __(approved but not signed)[2]__<br>Matthew L. Sharp, Bar No. 4746<br>432 Ridge Street<br>Reno, Nevada 89501<br>Telephone: 775.324.1500<br>Email: matt@mattsharplaw.com |
| Jonathan D. Polkes (*pro hac vice forthcoming*)<br>Stephen A. Radin (*pro hac vice forthcoming*)<br>Caroline Hickey Zalka (*pro hac vice forthcoming*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Gregory M. Egleston<br>GAINEY McKENNA & EGLESTON<br>501 Fifth Avenue, 19th Floor<br>New York, New York 10017<br>Telephone: 212.983.1300<br>Email: gegleston@gme-law.com |
| Attorneys for Defendants Georges Antoun, Kevin DeNuccio, Sarita James, Jay Leupp, Merrick D. Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings, Inc. | Attorneys for Plaintiff Kimberly Bernard |

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties' stipulation above, Defendants and Nominal Defendant Marathon shall file their responses to the Complaint on or before April 4, 2022.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____
CASE NO.    2:22-cv-00305-VCF

---

[2] Plaintiff's counsel Thomas J. McKenna, of Gainey Mckenna & Egleston, approved this stipulation as reflected in his March 25, 2022, 11:08 am email, attached hereto as Exhibit A. However, Matthew Sharp, Plaintiff's Nevada counsel is in trial today in the Eighth Judicial District Court, and his office was unable to connect with him before the end of the business day. (*Id.*) Because of the deadline extended via this stipulation, and the fact that the ECF shuts down at 5:00 pm, the parties submit this stipulation with Plaintiff's approval but no e-signature.