1  James J. Pisanelli, Bar No. 4027
   Debra L. Spinelli, Bar No. 9695
2  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
3  Las Vegas, Nevada 89101
   Telephone: 702.214.2100
4  Facsimile: 702.214.2101
   Email: jjp@pisanellibice.com
5  Email: dls@pisanellibice.com

6  Jonathan D. Polkes (*pro hac vice pending*)
   Stephen A. Radin (*pro hac vice pending*)
7  Caroline Hickey Zalka (*pro hac vice pending*)
   WEIL, GOTSHAL & MANGES LLP
8  767 Fifth Avenue
   New York, New York 10153
9  Telephone: 212.310.8000
   Facsimile: 212.310.8007
10 Email: jonathan.polkes@weil.com
   Email: stephen.radin@weil.com
11 Email: caroline.zalka@weil.com

12 Attorneys for Defendants Georges Antoun,
   Kevin DeNuccio, Sarita James, Jay Leupp,
13 Merrick D. Okamoto, Said Ouissal, Simeon
   Salzman, and Fred Thiel, and Nominal
14 Defendant Marathon Digital Holdings, Inc.

15              **UNITED STATES DISTRICT COURT**

16                   **DISTRICT OF NEVADA**

17 KIMBERLY BERNARD, Derivatively on        CASE NO.:  2:22-cv-00305-JAD-VCF
   Behalf of MARATHON DIGITAL
18 HOLDINGS, INC. (f/k/a MARATHON
   PATENT GROUP, INC.),
19                                          **DEFENDANTS' AND NOMINAL
                 Plaintiff,                 DEFENDANT'S CORPORATE
20                                          DISCLOSURE STATEMENT UNDER
   v.                                       FEDERAL RULE OF CIVIL
21                                          PROCEDURE 7.1 AND
   FRED THIEL, GEORGES ANTOUN,              LOCAL RULE 7.1-1**
22 KEVIN DENUCCIO, SARITA JAMES, JAY
   LEUPP, SAID OUISSAL, MERRICK D.
23 OKAMOTO, and SIMEON SALZMAN,

24               Defendants,

25 -and-

26 MARATHON DIGITAL HOLDINGS, INC.
   (f/k/a MARATHON PATENT GROUP,
27 INC.),

28               Nominal Defendant.

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the

2   undersigned attorney of record for Defendants and Nominal Defendant certifies that there are no

3   known interested parties other than those participating in the case.

4    These representations are made to enable judges of the court to evaluate possible

5   disqualifications or recusal.

6    DATED this 7th day of April, 2022.

7

8                                          PISANELLI BICE PLLC

9

10   By:   */s/ Debra L. Spinelli*
            James J. Pisanelli, Bar No. 4027
            Debra L. Spinelli, Bar No. 9695
11          400 South 7th Street, Suite 300
            Las Vegas, Nevada 89101

12          Jonathan D. Polkes
            (*pro hac vice pending*)
13          Stephen A. Radin
            (*pro hac vice pending*)
14          Caroline Hickey Zalka
            (*pro hac vice pending*)
15          WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
16          New York, New York 10153

17          Attorneys for Defendants Georges Antoun, Kevin
            DeNuccio, Sarita James, Jay Leupp, Merrick D.
18          Okamoto, Said Ouissal, Simeon Salzman, and Fred
            Thiel, and Nominal Defendant Marathon Digital
19          Holdings, Inc.

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2  I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on this 7th

3 day of April, 2022, I caused to be served via the Court's CM/ECF program true and correct copies

4 of the above and foregoing **DEFENDANTS' AND NOMINAL DEFENDANT'S CORPORATE**

5 **DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1**

6 **AND LOCAL RULE 7.1-1** to all parties via electronic service.

7

8

9             */s/ Kimberly Peets*
             An employee of Pisanelli Bice PLLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

3