James J. Pisanelli, Bar No. 4027
Debra L. Spinelli, Bar No. 9695
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101
Email: jjp@pisanellibice.com
Email: dls@pisanellibice.com

Jonathan D. Polkes (*pro hac vice pending*)
Stephen A. Radin (*pro hac vice pending*)
Caroline Hickey Zalka (*pro hac vice pending*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: 212.310.8000
Facsimile: 212.310.8007
Email: jonathan.polkes@weil.com
Email: stephen.radin@weil.com
Email: caroline.zalka@weil.com

Attorneys for Defendants Georges Antoun, Kevin DeNuccio, Sarita James, Jay Leupp, Merrick D. Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY BERNARD, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>Plaintiff,<br><br>v.<br><br>FRED THIEL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, and SIMEON SALZMAN,<br><br>Defendants,<br><br>-and-<br><br>MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>Nominal Defendant. | CASE NO.: 2:22-cv-00305-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>**(First Request)** |

1

1   Defendants Fred Thiel, Georges Antoun, Kevin DeNuccio, Sarita James, Jay Leupp, Said Ouissal, Merrick D. Okamoto, Simeon Salzman (collectively, "Defendants"), Nominal Defendant Marathon Digital Holdings, Inc. ("Marathon"), and Plaintiff Kimberly Bernard ("Plaintiff"), by and through their respective counsel, and subject to this Court's approval, agree to a briefing schedule on Defendants' and Nominal Defendant's motion to dismiss. This is the first request to set a briefing schedule in this action.

    1. On February 18, 2022, Plaintiff filed her Complaint (ECF No. 1);

    2. On March 25, 2022, service was effected by stipulation (ECF No. 6);

    3. On April 4, 2022, Defendants and Nominal Defendant filed a motion to dismiss the Complaint (ECF No. 13);

    4. The parties have agreed to the following briefing schedule:

        a. Plaintiff's response to the motion to dismiss is due on May 31, 2022;

        b. Defendants' and Nominal Defendant's reply is due on June 30, 2022;

    5. This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial.

///

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

| | |
|---|---|
| Dated this 11th day of April, 2022. | Dated this 11th day of April, 2022. |
| PISANELLI BICE PLLC | MATTHEW L. SHARP, LTD. |
| By: ___/s/ Debra L. Spinelli___<br>James J. Pisanelli, Bar No. 4027<br>Debra L. Spinelli, Bar No. 9695<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br><br>Jonathan D. Polkes<br>(*pro hac vice pending*)<br>Stephen A. Radin<br>(*pro hac vice pending*)<br>Caroline Hickey Zalka<br>(*pro hac vice pending*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br><br>Attorneys for Defendants Georges Antoun, Kevin DeNuccio, Sarita James, Jay Leupp, Merrick D. Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings, Inc. | By: ___/s/ Matthew L. Sharp___<br>Matthew L. Sharp, Bar No. 4746<br>432 Ridge Street<br>Reno, Nevada 89501<br>Telephone: 775.324.1500<br>Email: matt@mattsharplaw.com<br><br>Gregory M. Egleston<br>GAINEY McKENNA & EGLESTON<br>501 Fifth Avenue, 19th Floor<br>New York, New York 10017<br>Telephone: 212.983.1300<br>Email: gegleston@gme-law.com<br><br>Attorneys for Plaintiff Kimberly Bernard |

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties' stipulation above, Plaintiff shall file her response to the motion to dismiss on or before May 31, 2022, and Defendants and Nominal Defendant shall file their reply on or before June 30, 2022.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

CASE NO.    2:22-cv-00305-JAD-VCF

3