UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kimberly Bernard, derivatively on behalf of Marathon Digital Holdings, Inc, <br><br> Plaintiff <br><br> v. <br><br> Fred Thiel, et al., <br><br> Defendants | Case No.: 2:22-cv-0305-JAD-VCF <br><br><br><br><br> **Order Transferring Case** |

This derivative action arises from events related to Marathon Digital Holdings, Inc.'s October 2020 announcement that it had entered into a venture with Beowulf Energy LLC to operate a Bitcoin mining data center in Montana. As the Notice of Related Cases explains, this action is similar to an earlier-filed securities class action, Case No. 2:21-cv-2209-RFB-NJK.[1]

Local Rule 42(a) provides that "[i]f a notice of related cases is filed, the assigned judges will determine whether the actions will be assigned to a single district judge or magistrate judge."[2] Because this derivative action involves similar questions of fact and law as the original case, and the assignment of both cases to the same district and magistrate judge is likely to effect a substantial savings of judicial effort, and because it would entail substantial duplication of labor if the actions continue to be heard by different district and magistrate judges, the court hereby transfers the subsequently filed related action (2:22-cv-00305-JAD-VCF) to District Judge Richard F. Boulware, II and Magistrate Judge Nancy J. Koppe for all further proceedings.

---

[1] ECF No. 16.
[2] L.R. 42(a).

1       The Clerk of Court is THEREFORE ORDERED to **TRANSFER and REASSIGN** Case

2 **No. 2:22-cv-00305-JAD-VCF to Judges Richard F. Boulware, II and Nancy J. Koppe** for all

3 further proceedings.

                                                             _____
U.S. District Judge Jennifer A. Dorsey
Dated: April 11, 2022

                                                             _____
U.S. District Judge Richard F. Boulware, II
Dated: April 11, 2022