**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY BERNARD, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), Plaintiff, v. FRED THEIL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, and SIMEON SALZMAN, Defendants, and MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), Nominal Defendant. | CASE NO.: 2:22-cv-00305 **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** FILING FEE IS $250.00 |

Jonathan D. Polkes (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Weil, Gotshal & Manges LLP (firm name) with offices at 767 Fifth Avenue (street address), New York (city), New York (state), 10153 (zip code), 212-310-8881 (area code + telephone number), jonathan.polkes@weil.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by all Defendants and Nominal Defendant [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 09/30/1985 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Ex. A | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Federal Bar Council

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_______________________
Petitioner's signature

STATE OF New York )
)
COUNTY OF New York )

Jonathan D. Polkes, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_______________________
Petitioner's signature

Subscribed and sworn to before me this

22 day of March, 2022.

_______________________
Notary Public or Clerk of Court

MARY PAUL
Notary Public, State of New York
No. 24-4895779
Qualified in Kings County
Commission Expires June 22, 2023

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate James Pisanelli (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Pisanelli Bice, PLLC 400 South 7th St., Suite 300,
(street address)

Las Vegas, Nevada, 89101,
(city) (state) (zip code)

702-214-2100, jjp@pisanellibice.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) James Pisanelli as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

(party's signature)

Jim Crawford, COO, Marathon Digital Holdings, Inc.
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

4027 jjp@pisanellibice.com
Bar number Email address

APPROVED:

Dated: this ______ day of ______________, 20___.

UNITED STATES DISTRICT JUDGE

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

______________________________ (signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

______________________________ (signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

______________________________ (signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

______________________________ (signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

______________________________ (signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

______________________________ (signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

________________________________ (signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

________________________________ (signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

________________________________ (signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

________________________________ (signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

________________________________ (signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

________________________________ (signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

________________________________ (signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

________________________________ (signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

______________________ (signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

______________________ (signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

______________________ (signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

Sarita M. James (signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

______________________ (signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

______________________ (signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

______________________ (signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

______________________ (signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

__________________________________ (signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

__________________________________ (signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

__________________________________ (signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

__________________________________ (signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

__________________________________ (signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

__________________________________ (signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

__________________________________ (signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

__________________________________ (signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

_______________________________
(signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

_______________________________
(signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

_______________________________
(signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

_______________________________
(signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

_______________________________
(signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

_______________________________
(signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

_______________________________
(signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

_______________________________
(signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

______________________________ (signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

______________________________ (signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

______________________________ (signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

______________________________ (signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

________________________________
(signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

________________________________
(signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

________________________________
(signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

________________________________
(signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

________________________________
(signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

________________________________
(signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

________________________________
(signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

Simeon Salzman
(signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

James J. Pisanelli, Bar No. 4027
Debra L. Spinelli, Bar No. 9695
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101
Email: jjp@pisanellibice.com
Email: dls@pisanellibice.com

Jonathan D. Polkes (*pro hac vice pending*)
Stephen A. Radin (*pro hac vice pending*)
Caroline Hickey Zalka (*pro hac vice pending*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: 212.310.8000
Facsimile: 212.310.8007
Email: jonathan.polkes@weil.com
Email: stephen.radin@weil.com
Email: caroline.zalka@weil.com

Attorneys for Defendants Georges Antoun, Kevin DeNuccio, Sarita James, Jay Leupp, Merrick D. Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY BERNARD, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>Plaintiff,<br><br>v.<br><br>FRED THIEL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, and SIMEON SALZMAN,<br><br>Defendants,<br><br>-and-<br><br>MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>Nominal Defendant. | Case No.: 2:22-cv-00305-RFB-NJK<br><br>**CERTIFICATION OF JONATHAN D. POLKES** |

1. I am an attorney with the law firm of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153.

2. I make this certification pursuant to LR IA 11-2(b)(3).

3. I am a member in good standing of the bars set forth on Exhibit A attached hereto.

4. Attached as Exhibit B is my current Certificate of Good Standing to the Supreme Court for the State of New York, Appellate Division, First Department. This is the only state court where I am admitted. All of my other admissions are to federal courts.

5. I am in good standing in every court where I have been admitted to practice. Current Certificates of Good Standing are attached to Exhibit B.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

Jonathan D. Polkes

Subscribed and sworn to before me this 27th day of April, 20 22.

Notary Public or Clerk of Court

**Ethna Clarke Serkanic**
**Notary Public, State of New York**
**No. 01SE4958123**
**Qualified in New York County**
**Commission Expires March 22, 2026**

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

# Exhibit A

# Bar Admissions

**Exhibit A**

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State Supreme Court, Appellate Division, First Department | 09/30/1985 | 2015527 |
| U.S. District Court, S.D.N.Y. | 04/11/1989 | JP4265 |
| U.S. District Court, E.D.N.Y. | 08/28/1990 | JP4265 |
| U.S. District Court, D. Col. | 01/09/2008 | No such number assigned |
| U.S. Court of Appeals for the Second Circuit | 03/17/2010 (renewed on 03/10/2022) | No such number assigned |
| U.S. Court of Appeals for the Fourth Circuit | 03/25/2010 | No such number assigned |
| U.S. Court of Appeals for the Tenth Circuit | 09/29/2010 | No such number assigned |
| U.S. Court of Appeals for the Fifth Circuit | 11/29/2011 | No such number assigned |
| U.S. Court of Appeals for the Ninth Circuit | 04/10/2019 | No such number assigned |

# Exhibit B

# Certificates of Good Standing



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

*Jonathan D. Polkes*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***September 30, 1985****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of New York on April 19, 2022.*

*Clerk of the Court*

*CertID-00062703*



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

JONATHAN D. POLKES , Bar # JP4265

was duly admitted to practice in the Court on

APRIL 11, 1989

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York On April 19, 2022

Ruby J. Krajick
Clerk of Court

By s/ A. Eames
Deputy Clerk

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, Brenna B. Mahoney, Clerk of this Court,

certify that Jonathan D. Polkes, Bar # JP4265,

was duly admitted to practice in this Court on 08/28/1990, and is in good standing as a member

of the Bar of this Court.

Dated at Brooklyn *(Location)* on 04/19/2022 *(Date)*

Brenna B. Mahoney
*CLERK OF COURT*

David Afrani
Deputy Clerk





# Certificate of Good Standing
# and
# Letter of No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

**JONATHAN D. POLKES**

was admitted to practice in this court on
**JANUARY 9, 2008**
and is in good standing with no disciplinary history in this court.

Dated: April 19, 2022

Jeffrey P. Colwell, Clerk

By: *Mark J. Fredrickson*
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**CERTIFICATE OF GOOD STANDING**

I, **CATHERINE O'HAGAN WOLFE,** Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that Jonathan D. Polkes, as duly admitted to practice in said Court on March 17, 2010 and is in good standing.

**CATHERINE O'HAGAN WOLFE**
Clerk of Court

Dated: April 19, 2022
New York, New York

By: [signature]
Joseph M. Rodriguez
Deputy Clerk



# CERTIFICATE OF GOOD STANDING

I, Patricia S. Connor, Clerk of this Court, certify that Jonathan D. Polkes was duly admitted to practice in this Court on March 25, 2010, and is in good standing in this Court.

Dated at Richmond, Virginia, on April 19, 2022.

Patricia S. Connor
CLERK





THE UNITED STATES OF AMERICA
E PLURIBUS UNUM

**for the Tenth Circuit**

I, Christopher M. Wolpert, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that Jonathan Polkes was

duly admitted to practice before this Court on September 29, 2010,

and is in good standing. There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on April 19, 2022.

CHRISTOPHER M. WOLPERT

Clerk of Court

By______________________

Deputy Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

## CERTIFICATE OF GOOD STANDING

I, LYLE W. CAYCE, Clerk of this Court, certify that **Jonathan D. Polkes** was duly admitted to practice in this Court on November 29, 2011, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on April 20, 2022

LYLE W. CAYCE
Clerk

By: Sabrina B. Short
Deputy Clerk

**A True Copy**
**Certified Apr 20, 2022**

**Clerk, U.S. Court of Appeals, Fifth Circuit**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Jonathan D. Polkes was duly admitted to practice in this Court on April 10, 2019 and is in good standing in this Court.

Dated at San Francisco, California on April 20, 2022.

Clerk of the United States Circuit Court of Appeals for the Ninth Circuit