**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KIMBERLY BERNARD, Derivatively on
Behalf of MARATHON DIGITAL
HOLDINGS, INC. (f/k/a MARATHON
PATENT GROUP, INC.),

               Plaintiff,

    v.

FRED THEIL, GEORGES ANTOUN, KEVIN
DENUCCIO, SARITA JAMES, JAY LEUPP,
SAID OUISSAL, MERRICK D. OKAMOTO,
and SIMEON SALZMAN,

               Defendants,

    and

MARATHON DIGITAL HOLDINGS, INC.
(f/k/a MARATHON PATENT GROUP, INC.),

               Nominal Defendant.

CASE NO.: 2:22-cv-00305

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE IN
THIS CASE ONLY BY
ATTORNEY NOT ADMITTED TO
THE BAR OF THIS COURT AND
DESIGNATION OF LOCAL
COUNSEL**

FILING FEE IS $250.00

          Caroline Hickey Zalka     , Petitioner, respectfully represents to the Court:
           (name of petitioner)

    1.     That Petitioner is an attorney at law and a member of the law firm of

                        Weil, Gotshal & Manges LLP
                            (firm name)

with offices at               767 Fifth Avenue           ,
                         (street address)

    New York    ,    New York       10153  ,
    (city)            (state)        (zip code)

    212-310-8527    ,    caroline.zalka@weil.com  .
  (area code + telephone number)      (Email address)

    2.     That Petitioner has been retained personally or as a member of the law firm by

   all Defendants and Nominal Defendant     to provide legal representation in connection with
             [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.      That since _____10/04/2004_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                                          (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Ex. A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                          Petitioner's signature
   STATE OF _____New York_____  )

5                                    )
   COUNTY OF _____New York_____  )

6

7        _____Caroline Hickey Zalka_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                    _____
                                                          Petitioner's signature

10 Subscribed and sworn to before me this

11 ___22___ day of __March__, __2022__.

12                                                    MARY PAUL
                                                    **Notary Public, State of New York**
13                                                    No. 24-4895779
                                                    Qualified in Kings County
   _____                  Commission Expires June 22, 2023
14       Notary/Public or Clerk of Court

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
             THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

   believes it to be in the best interests of the client(s) to designate _____James Pisanelli_____,
19                                                                         (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
   above-entitled Court as associate resident counsel in this action.  The address and email address of
21
   said designated Nevada counsel is:
22

23         _____Pisanelli Bice, PLLC 400 South 7th St., Suite 300_____,
                                   (street address)
24
   _____Las Vegas_____, _____Nevada_____, ___89101___,
25            (city)                  (state)              (zip code)

26   _____702-214-2100_____, _____jpp@pisanellibice.com_____.
        (area code + telephone number)           (Email address)
27

28                                      4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ James Pisanelli _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jim Crawford, COO, Marathon Digital Holdings, Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4027                          jjp@pisanellibice.com
Bar number                   Email address

APPROVED:

DATED this 3rd day of May, 2022.

_____
RICHARD F. BOULWARE, II
United States District Judge                    5

Rev. 5/16

1

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

2

    The undersigned parties appoint James Pisanelli as their Designated Resident Nevada

3

Counsel in this case.

4

5

_____ (signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

6

7

8

_____ (signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

9

10

11

_____ (signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

12

13

14

_____ (signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

15

16

17

_____ (signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

18

19

20

_____ (signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

21

22

23

_____ (signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

24

25

26

_____ (signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

27

28

1    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

2        The undersigned parties appoint James Pisanelli as their Designated Resident Nevada

3    Counsel in this case.

4
                                                (signature)

5    Fred Thiel, CEO & Chairman, Marathon
    (type or print party name, title)

6

7
                                                (signature)

8    Georges Antoun, Director, Marathon
    (type or print party name, title)

9

10
                                                (signature)

11   Kevin DeNuccio, Director, Marathon
    (type or print party name, title)

12

13

14
                                                (signature)

15   Sarita James, Director, Marathon
    (type or print party name, title)

16

17
                                                (signature)

18   Jay Leupp, Director, Marathon
    (type or print party name, title)

19

20
                                                (signature)

21   Said Ouissal, Director, Marathon
    (type or print party name, title)

22

23
                                                (signature)

24   Merrick D. Okamoto, former CEO & Chairman, Marathon
    (type or print party name, title)

25

26
                                                (signature)

    Simeon Salzman, CAO, Marathon

27   (type or print party name, title)

28

1  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

2      The undersigned parties appoint James Pisanelli as their Designated Resident Nevada

3  Counsel in this case.

4
                                                     (signature)

5                          **Fred Thiel, CEO & Chairman, Marathon**

6                          (type or print party name, title)

7
                                                     (signature)

8                          **Georges Antoun, Director, Marathon**

9                          (type or print party name, title)

10
                                                     (signature)

11                          **Kevin DeNuccio, Director, Marathon**

12                          (type or print party name, title)

13

14
                                                        (signature)

15                          **Sarita James, Director, Marathon**

16                          (type or print party name, title)

17
                                                        (signature)

18                          **Jay Leupp, Director, Marathon**

19                          (type or print party name, title)

20
                                                     (signature)

21                          **Said Ouissal, Director, Marathon**

22                          (type or print party name, title)

23
                                                     (signature)

24          **Merrick D. Okamoto, former CEO & Chairman, Marathon**

                      (type or print party name, title)

25

26
                                                        (signature)

27                          **Simeon Salzman, CAO, Marathon**

                      (type or print party name, title)

28

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

_____ (signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

_____ (signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

_____ (signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

_____ (signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

_____ (signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

_____ (signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

_____ (signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

_____ (signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

6

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

_____
(signature)

**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)


_____
(signature)

**Georges Antoun, Director, Marathon**
(type or print party name, title)


_____
(signature)

**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)


_____
(signature)

**Sarita James, Director, Marathon**
(type or print party name, title)


_____
(signature)

**Jay Leupp, Director, Marathon**
(type or print party name, title)


_____
(signature)

**Said Ouissal, Director, Marathon**
(type or print party name, title)


_____
(signature)

**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)


_____
(signature)

**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

6

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

_____
(signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)


_____
(signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)


_____
(signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)


_____
(signature)
**Sarita James, Director, Marathon**
(type or print party name, title)


_____
(signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)


_____
(signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)


_____
(signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)


_____
(signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

6

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

     The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

_____
(signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

1

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

2
3

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

4
5
6

_____
(signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

7
8
9

_____
(signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

10
11
12

_____
(signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

13
14
15
16

_____
(signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

17
18
19

_____
(signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

20
21
22

_____
(signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

23
24

_____
(signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

25
26
27

_~Simeon Salzman~_
(signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

28

6

James J. Pisanelli, Bar No. 4027
Debra L. Spinelli, Bar No. 9695
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101
Email: jjp@pisanellibice.com
Email: dls@pisanellibice.com

Jonathan D. Polkes (*pro hac vice pending*)
Stephen A. Radin (*pro hac vice pending*)
Caroline Hickey Zalka (*pro hac vice pending*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: 212.310.8000
Facsimile: 212.310.8007
Email: jonathan.polkes@weil.com
Email: stephen.radin@weil.com
Email: caroline.zalka@weil.com

Attorneys for Defendants Georges Antoun,
Kevin DeNuccio, Sarita James, Jay Leupp,
Merrick D. Okamoto, Said Ouissal, Simeon
Salzman, and Fred Thiel, and Nominal Defendant
Marathon Digital Holdings, Inc.

*Left margin (vertical):* PISANELLI BICE 400 SOUTH 7TH STREET, SUITE 300 LAS VEGAS, NEVADA 89101

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY BERNARD, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), | Case No.: 2:22-cv-00305-RFB-NJK |
| Plaintiff, | **CERTIFICATION OF CAROLINE HICKEY ZALKA** |
| v. | |
| FRED THIEL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, and SIMEON SALZMAN, | |
| Defendants, | |
| -and- | |
| MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), | |
| Nominal Defendant. | |

1

1          1.     I am an attorney with the law firm of Weil, Gotshal & Manges LLP, 767

2   Fifth Avenue, New York, New York 10153.

3          2.     I make this certification pursuant to LR IA 11-2(b)(3).

4          3.     I am a member in good standing of the bars set forth on Exhibit A attached

5   hereto.

6          4.     Attached as Exhibit B is my current Certificate of Good Standing to the

7   Supreme Court for the State of New York, Appellate Division, First Department. This is the only

8   state court where I am admitted. All of my other admissions are to federal courts.

9          5.     I am in good standing in every court where I have been admitted to practice.

10   Current Certificates of Good Standing are attached to Exhibit B.

11          6.     There are no disciplinary proceedings pending against me as a member of

12   the bar in any jurisdiction where I am admitted to practice.

Caroline Hickey Zalka

Subscribed and sworn to before me this 26th day of _____April_____, 20 22 .

Notary Public or Clerk of Court

Ethna Clarke Serkanic
Notary Public, State of New York
No. 01SE4958123
Qualified in New York County
Commission Expires March 22, 20__

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

2

# Exhibit A

# Bar Admissions

**Exhibit A[1]**

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State Supreme Court, Appellate Division, First Department | 10/04/2004 | 4263448 |
| U.S. District Court, S.D.N.Y. | 11/22/2005 | CH1410 |
| U.S. District Court, E.D.N.Y. | 02/17/2006 | CH1410 |
| U.S. District Court, D. Col. | 04/10/2013 | No such number assigned |
| U.S. Court of Appeals for the Second Circuit | 10/14/2014 | No such number assigned |
| U.S. Court of Appeals for the Tenth Circuit | 11/13/2015 | No such number assigned |

---

[1] A previous version of this list included three *pro hac vice* admissions to jurisdictions where I am not a member of the bar. Those jurisdictions have now been removed.

# Exhibit B

# Certificates of Good Standing



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Caroline Zalka

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 4, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 19, 2022.

*Clerk of the Court*

CertID-00062700



# Supreme Court of the State of New York
# Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

<u>CAROLINE   JANE   HICKEY</u> , Bar # <u>CH1410</u>

was duly admitted to practice in the Court on

<u>November 22, 2005</u>

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.            On
New York, New York                            <u>April 20, 2022</u>

<u>Ruby J. Krajick</u>              By         <u>s/ A. Eames</u>
Clerk of Court                              Deputy Clerk

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Brenna B. Mahoney _____ , Clerk of this Court,

certify that _____ Caroline Jane Hickey _____ , Bar # _____ CH1410 _____ ,

was duly admitted to practice in this Court on _____ 02/17/2006 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Brooklyn _____ on _____ 04/19/2022 _____
_____*(Location)*_____ _____*(Date)*_____

_____ Brenna B. Mahoney _____      _____ David Afrani _____
_____*CLERK OF COURT*_____      Deputy Clerk





# Certificate of Good Standing
## and
# Letter of No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## CAROLINE HICKEY ZALKA

was admitted to practice in this court on
**APRIL 10, 2013**
and is in good standing with no disciplinary history in this court.

Dated: April 19, 2022                    Jeffrey P. Colwell, Clerk

By: *Mark J. Fredrickson*
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

# CERTIFICATE OF GOOD STANDING

I, CATHERINE O'HAGAN WOLFE, Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that **CAROLINE HICKEY**  was admitted to practice in said on October 14th, 2014  and is in good standing.

Dated:  April 19, 2022

CATHERINE O'HAGAN WOLFE
Clerk of Court

Kevin Brofsky

_____

Kevin Brofsky
Deputy Clerk/Adm.



# THE UNITED STATES OF AMERICA

E PLURIBUS UNUM

**for the Tenth Circuit**

I, Christopher M. Wolpert, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that Caroline Hickey Zalka  was

duly admitted to practice before this Court on November 13, 2015,

and is in good standing.  There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on April 19, 2022.

CHRISTOPHER M. WOLPERT

Clerk of Court

By _____

Deputy Clerk