1  James J. Pisanelli, Bar No. 4027
   Debra L. Spinelli, Bar No. 9695
2  M. Magali Mercera, Bar No. 11742
   PISANELLI BICE PLLC
3  400 South 7th Street, Suite 300
   Las Vegas, Nevada 89101
4  Telephone: 702.214.2100
   Facsimile: 702.214.2101
5  Email: jjp@pisanellibice.com
   Email: dls@pisanellibice.com
6  Email: mmm@pisanellibice.com

7  Jonathan D. Polkes (admitted pro hac vice)
   Stephen A. Radin (admitted pro hac vice)
8  Caroline Hickey Zalka (admitted pro hac vice)
   WEIL, GOTSHAL & MANGES LLP
9  767 Fifth Avenue
   New York, New York 10153
10 Telephone: 212.310.8770
   Facsimile: 212.310.8007
11 Email: jonathan.polkes@weil.com
   Email: stephen.radin@weil.com
12 Email: caroline.zalka@weil.com

13 Attorneys for Defendants Georges Antoun,
   Kevin DeNuccio, Sarita James, Jay Leupp,
14 Merrick D. Okamoto, Said Ouissal, Simeon
   Salzman, and Fred Thiel, and Nominal Defendant
15 Marathon Digital Holdings, Inc.

16 **UNITED STATES DISTRICT COURT**

17 **DISTRICT OF NEVADA**

| | |
|---|---|
| 18  KIMBERLY BERNARD, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a 19  MARATHON PATENT GROUP, INC.), | Case No.: 2:22-cv-00305-RFB-VCF |
| 20                        Plaintiff,<br>        v.<br>21<br>FRED THIEL, GEORGES ANTOUN, KEVIN 22  DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, and 23  SIMEON SALZMAN, | **DECLARATION OF STEPHEN A. RADIN OPPOSING MOTION TO INDEFINITELY STAY DEADLINES TO RESPOND TO MOTIONS TO DISMISS** |
| 24                        Defendants,<br>         -and-<br>25<br>MARATHON DIGITAL HOLDINGS, INC. (f/k/a 26  MARATHON PATENT GROUP, INC.), | |
| 27                        Nominal Defendant. | |
| 28 | |

1

|   |   |   |
|---|---|---|
| 1 | ROY STRASSMAN, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), | Case No.: 2:22-cv-00724-ART-EJY |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | FRED THIEL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, and SIMEON SALZMAN, | |
| 6 | | |
| 7 | Defendants, -and- | |
| 8 | | |
| 9 | MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), | |
| 10 | Nominal Defendant. | |

I, Stephen A. Radin, declare the following:

1. I am a member of the law firm Weil, Gotshal & Manges, counsel for Defendants Georges Antoun, Kevin DeNuccio, Sarita James, Jay Leupp, Merrick D. Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel and Nominal Defendant Marathon Digital Holdings, Inc. in the above-captioned *Bernard* action and the above-captioned *Strassman* action. I have been admitted to practice before this Court *pro hac vice* in both actions.

2. I submit this declaration in opposition to the motions by plaintiffs in the above-captioned actions seeking, among other things, to stay briefing of motions to dismiss for an indefinite period of time. *Bernard* ECF Nos. 34, 35, and 36, *Strassman* ECF Nos. 19, 20. Neither Defendants nor Marathon oppose plaintiffs' other requested relief.

3. On May 17, 2022, I sent an email to Mark C. Rifkin of the firm Wolf Haldenstein Adler Freeman & Herz LLP, plaintiffs' counsel in the *Strassman* action, proposing briefing the motion to dismiss the *Strassman* action on the same schedule that the Court ordered on April 18, 2022 in the *Bernard* action. I wrote that, if that did not work for Mr. Rifkin, I would be "[h]appy to accommodate any reasonable request." A true and correct copy of this email is attached as Exhibit A.

1  4. On May 18, 2022, Mr. Rifkin informed me by telephone that plaintiffs in the *Bernard* and *Strassman* actions intended to move to consolidate the cases and file a consolidated complaint before briefing the pending motions to dismiss. I offered to stipulate to consolidation and asked Mr. Rifkin to propose a date for the filing of the consolidated complaint. I reiterated what I stated in my May 17, 2022 email: that I was "[h]appy to accommodate any reasonable request." Mr. Rifkin declined to propose a date. He stated that he would discuss the matter with counsel in the *Bernard* action and call me back.

5. I heard nothing further from Mr. Rifkin until May 23, 2022, when, rather than calling me back, plaintiffs filed the motions now before the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my knowledge, information, and belief.

Executed on: May 27, 2022

  /s/ Stephen A. Radin  
Stephen A. Radin

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this 27th day of May 2022, I caused to be served via the Court's CM/ECF program true and correct copies of the above and foregoing **DECLARATION OF STEPHEN A. RADIN OPPOSING MOTION TO INDEFINITELY STAY DEADLINES TO RESPOND TO MOTIONS TO DISMISS** to all parties via electronic service.

/s/ Cinda Towne
An employee of PISANELLI BICE PLLC

4

WEIL:\98650383\1\61707.0006

# EXHIBIT A

May 17, 2022 Email from Stephen Radin to Mark Rifkin

# Radin, Stephen

**From:** Radin, Stephen
**Sent:** Tuesday, May 17, 2022 10:21 AM
**To:** 'rifkin@whafh.com'
**Subject:** Marathon Derivative Action

Mark:

I think we had a matter together years ago – maybe Westinghouse or CBS?

I'm writing about Marathon. As you know, we've moved to dismiss your action (Strassman, Case No. 00724) on the same grounds Marathon moved on April 4 to dismiss the previously filed action (Bernard, Case No. 00305). The default schedule in Nevada is two weeks for your answer to the motion, May 24, and the opposition to the motion in Bernard, filed on April 4, is due on May 31. I assume you are working with the plaintiff in Bernard, since the complaints in the two cases are identical. Would it work for you to oppose our motion on the same schedule, i.e., on May 31? Happy to accommodate any reasonable request.

Best,
Steve


**Weil**

Stephen A. Radin

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8770
Facsimile: (212) 310-8007
E-Mail: stephen.radin@weil.com

1