1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8 KIMBERLY BERNARD                          )        Case #2:22-cv-00305_____
                                           )
9                                          )
                                           )        **VERIFIED PETITION FOR**
10            Plaintiff(s),                )        **PERMISSION TO PRACTICE**
                                           )        **IN THIS CASE ONLY BY**
11       vs.                               )        **ATTORNEY NOT ADMITTED**
   FRED THEIL, ET AL.                      )        **TO THE BAR OF THIS COURT**
12                                         )        **AND DESIGNATION OF**
                                           )        **LOCAL COUNSEL**
13                                         )
            Defendant(s).                  )
14 _____        )        FILING FEE IS $250.00

15

16      _____Thomas J. McKenna_____, Petitioner, respectfully represents to the Court:
                  (name of petitioner)

17

18      1.      That Petitioner is an attorney at law and a member of the law firm of
   _____
19                         Gainey McKenna & Egleston
                                  (firm name)

20   with offices at _____501 Fifth Avenue, 19th Floor_____,
                                    (street address)

21   _____,  _____         ,   _____ ,
22          New York               New York          ▾            10017
              (city)                 (state)                    (zip code)

23   _____212-983-1300_____,  ____tjmckenna@gme-law.com____.
        (area code + telephone number)          (Email address)

24

25      2.      That Petitioner has been retained personally or as a member of the law firm by

   _____Kimberly Bernard_____ to provide legal representation in connection with
26                [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                                        Rev. 5/16

3.      That since _____August 27, 1985_____, Petitioner has been and presently is a

(date)

member in good standing of the bar of the highest Court of the State of _New York_____

(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State Courts -- All | 08/27/1985 | 2009546 |
| Eastern and Southern District of New York | 10/28/1986 | |
| 2nd Circuit Court of Appeals | 10/25/2010 | |
| 5th Circuit Court of Appeals | 05/14/2012 | |
| 6th Circuit Court of Appeals | 06/23/2011 | |
| 11th Circuit Court of Appeals | 08/02/2010 | |
| Supreme Court of the United States | 03/04/2014 | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.      That Petitioner is a member of good standing in the following Bar Associations.

New York

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _Thomas J. McKenna_
                                                         Petitioner's signature

     STATE OF New York          )
5                               )
     COUNTY OF    New York       )
6

7        Thomas J. McKenna    , Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                    _Thomas J. McKenna_
                                                         Petitioner's signature

10   Subscribed and sworn to before me this

11   8th    day of    June            ,   2022   .

12

13   _Ashika C. Bailey_                              ASHIKA C. BAILEY
          Notary Public or Clerk of Court           Notary Public, State of New York
14                                                   No. 01BA6372024
                                                     Qualified in Bronx County
                                                     Commission Expires March 12, 20 26
15

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
              **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
         Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
     believes it to be in the best interests of the client(s) to designate    Matthew L. Sharp      ,
19                                                                          (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
     above-entitled Court as associate resident counsel in this action.  The address and email address of
21
     said designated Nevada counsel is:
22

23                                       432 Ridge Street
                                        (street address)
24
                  Reno             ,    Nevada          ,        89501      ,
25               (city)                 (state)                (zip code)

26        775-324-1500         ,      matt@mattsharplaw.com      .
       (area code + telephone number)      (Email address)
27

28                                          4                              Rev. 5/16

1 | By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2 | agreement and authorization for the designated resident admitted counsel to sign stipulations
3 | binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Matthew L. Sharp_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Kimberly Bernard
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4746                         matt@mattsharplaw.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

UNITED STATES DISTRICT JUDGE

Rev. 5/16



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Thomas James Mckenna

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 27, 1985**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 8, 2022.

*Clerk of the Court*

CertID-00070130