Matthew L. Sharp, Esq.
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge Street
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

[*Additional Co-counsel on signature page*]

***Attorneys for Plaintiff***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: MARATHON DIGITAL HOLDINGS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 2:22-cv-00305RFB-NUK<br><br>Consolidated With Case No.:<br><br>2:22-cv-00724-ART-EJY |

### NOTICE OF NON-PARTICIPATION OF GREGORY M. EGLESTON, ESQ.

Notice is hereby given that at this time, Gregory M. Egleston, of GAINEY McKENNA & EGLESTON, will not be appearing as counsel of record for Plaintiffs in this matter. Mr. Egleston's partner, Thomas J. McKenna, will be appearing as counsel in his place and having filed his Verified Petition for Permission To Practice In This Case contemporaneously herewith.

///

///

///

///

///

///

///

///

///

///

///

1         Gregory M. Egleston respectfully requests this court remove him as a participant in the

2   case.  Should events dictate the necessity of Mr. Egleston's participation, he will file his Verified

3   Petition for Permission to Practice at that time.

4                     DATED this 8th day of June 2022.

5                     **MATTHEW L. SHARP, LTD.**

6

7                     _____*/s/ Matthew L. Sharp*_____

8                     Matthew L. Sharp
                      Nevada Bar No. 4746

9                     432 Ridge Street
                      Reno, NV 89501

10                    Phone: (775) 324-1500
                      Email: matt@mattsharplaw.com

11                    Thomas J. McKenna

12                    **GAINEY McKENNA & EGLESTON**
                      501 Fifth Avenue, 19th Floor

13                    New York, New York 10017
                      Phone: (212) 983-1300

14                    Fax: (212) 983-0383
                      Email: tjmckenna@gme-law.com

15                    ***Attorneys for Plaintiff***

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

James J. Pisanelli, Esq.:  JJP@pisanellibice.com

Debra L. Spinelli, Esq.:  DLS@pisanelliice.com

DATED this 8th day of June 2022.

_____/s/ Cristin B. Sharp_____
An employee of Matthew L. Sharp, Ltd.

**VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

- 3 -