James J. Pisanelli, Bar No. 4027
Debra L. Spinelli, Bar No. 9695
M. Magali Mercera, Bar No. 11742
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101
Email: jjp@pisanellibice.com
Email: dls@pisanellibice.com
Email: mmm@pisanellibice.com

Jonathan D. Polkes (admitted pro hac vice)
Stephen A. Radin (admitted pro hac vice)
Caroline Hickey Zalka (admitted pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: 212.310.8770
Facsimile: 212.310.8007
Email: jonathan.polkes@weil.com
Email: stephen.radin@weil.com
Email: caroline.zalka@weil.com

Attorneys for Defendants Georges Antoun,
Kevin DeNuccio, Sarita James, Jay Leupp,
Merrick D. Okamoto, Said Ouissal, Simeon
Salzman, and Fred Thiel, and Nominal Defendant
Marathon Digital Holdings, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY BERNARD, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>                            Plaintiff,<br><br>v.<br><br>FRED THIEL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, and SIMEON SALZMAN,<br><br>                            Defendants,<br>     -and-<br><br>MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>                            Nominal Defendant. | Case No.: 2:22-cv-00305-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER RESOLVING PENDING MOTIONS AND SETTING SCHEDULE FOR FILING CONSOLIDATED COMPLAINT AND MOTIONS TO DISMISS CONSOLIDATED COMPLAINT**<br><br>**(First Request)** |

1

|     |     |
| --- | --- |
| ROY STRASSMAN, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), <br><br> Plaintiff, <br><br> v. <br><br> FRED THIEL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, and SIMEON SALZMAN, <br><br> Defendants, <br><br> -and- <br><br> MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), <br><br> Nominal Defendant. | Case No.: 2:22-cv-00724-RFB-NJK |

WHEREAS on February 18, 2022, Plaintiff Kimberly Bernard commenced Action No. 2:22-cv-00305-RFB-NJK (the "*Bernard* Action") (*Bernard* ECF No. 1);

WHEREAS on April 4, 2022, Defendants Georges Antoun, Kevin DeNuccio, Sarita James, Jay Leupp, Merrick D. Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings, Inc. ("Marathon") moved to dismiss the *Bernard* Action (*Bernard* ECF No. 11);

WHEREAS on April 11, 2022, the parties agreed to a May 31, 2022 due date for plaintiff's opposition, and on April 18, 2022, the Court so-ordered the schedule (*Bernard* ECF Nos. 18, 26);

WHEREAS on May 5, 2022, Plaintiff Roy Strassman commenced Action No. 2:22-cv-00724-RFB-NJK (the "*Strassman* Action") (*Strassman* ECF No. 1);

WHEREAS on May 11, 2022, Defendants and Marathon moved to dismiss the *Strassman* Action (*Strassman* ECF No. 11);

WHEREAS on May 18, 2022, Plaintiffs' counsel informed counsel for Defendants and Marathon that Plaintiffs intend to file a consolidated complaint;

WHEREAS on May 23, 2022, Plaintiffs filed motions to consolidate the *Bernard* and *Strassman* Actions, to appoint their counsel, Wolf Haldenstein Adler Freeman & Herz LLP

and Gainey McKenna & Egleston, as co-lead counsel for Plaintiffs, and to stay briefing on motions to dismiss pending consolidation of the *Bernard* and *Strassman* Actions, as more specifically stated in the motions and briefing on the motions (*Bernard* ECF Nos. 34–36; *Strassman* ECF Nos. 19–21);

WHEREAS on May 27, 2022, Defendants and Marathon filed their response to Plaintiffs' motions, stating their willingness to stipulate to consolidation and the requested lead plaintiff designation and opposing an indefinite stay of briefing, as more specifically stated in Defendants' and Marathon's papers (*Bernard* ECF Nos. 37–40; *Strassman* ECF Nos. 25–27);

WHEREAS on June 1, 2022, the Court entered an Order consolidating the *Bernard* and *Strassman* Actions (*Bernard* ECF No. 41; *Strassman* ECF No. 29);

WHEREAS on June 3, 2022, Plaintiffs filed reply papers responding to Defendants' and Marathon's response to Plaintiffs' May 23, 2022 motions (*Bernard* ECF No. 42).

WHEREAS the parties have discussed scheduling in light of the procedural posture of the action and the positions the parties have stated in their motion papers;

WHEREAS the parties have agreed to the following resolution of their disputes concerning deadlines for filing a consolidated complaint and answers or motions to dismiss the consolidated complaint;

WHEREAS this is the parties' first request for relief resolving pending motions and to set a schedule for proceedings in this action in light of the Court's consolidation of these actions on June 1, 2022;

WHEREAS this Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to the approval of the Court, that:

1. All pending motions (*Bernard* ECF Nos. 11, 34–36; *Strassman* ECF Nos. 11, 19–20) are withdrawn without prejudice.
2. The law firms Wolf Haldenstein Adler Freeman & Herz LLP and Gainey McKenna & Egleston are designated co-lead counsel for Plaintiffs.

3

3. Plaintiffs are granted leave to file a consolidated complaint 30 days after an amended complaint is filed in *Schlatre v. Marathon Digital Holdings, Inc.*, 2:21-cv-02209-RFB-NJK (D. Nev.).

4. Answers or motions to dismiss are due 30 days after the consolidated complaint is filed.

5. If motions to dismiss are filed, opposition to the motions to dismiss is due 30 days after they are filed.

6. If motions to dismiss are filed, replies are due 21 days after any opposition.

///

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

4

1  Dated this 10th day of June 2022.             Dated this 10th day of June 2022.

2  MATTHEW L. SHARP, LTD.                        PISANELLI BICE PLLC

4  By:  /s/ Matthew L. Sharp                    By:  /s/ M. Magali Mercera
       Matthew L. Sharp, Bar No. 4746                James J. Pisanelli, Bar No. 4027
       432 Ridge Street                              Debra L. Spinelli, Bar No. 9695
       Reno, Nevada 89501                            M. Magali Mercera, Bar No. 11742
       Telephone: 775.324.1500                       400 South 7th Street, Suite 300
       Email: matt@mattsharplaw.com                  Las Vegas, Nevada 89101

       Thomas J. McKenna                             Jonathan D. Polkes
       Gregory M. Egleston                           (admitted pro hac vice)
       GAINEY McKENNA & EGLESTON                     Stephen A. Radin
       501 Fifth Avenue, 19th Floor                  (admitted pro hac vice)
       New York, New York 10017                      Caroline Hickey Zalka
       Telephone: 212.983.1300                       (admitted pro hac vice)
       Facsimile: 212.983.0383                       WEIL, GOTSHAL & MANGES LLP
       Email: tjmckenna@gme-law.com                  767 Fifth Avenue
       Email: gegleston@gme-law.com                  New York, New York 10153

   Attorneys for Plaintiff Kimberly Bernard      Attorneys for Defendants Georges Antoun,
                                                 Kevin DeNuccio, Sarita James, Jay Leupp,
       G. Mark Albright, Bar No. 1394            Merrick D. Okamoto, Said Ouissal, Simeon
       Daniel R. Ormsby, Bar No. 14595           Salzman, and Fred Thiel, and Nominal
       ALBRIGHT, STODDARD, WARNICK               Defendant Marathon Digital Holdings, Inc.
       & ALBRIGHT
       801 S Rancho Dr., Ste D4
       Las Vegas, Nevada 89106
       Telephone: (702) 384-7111
       Email: gma@albrightstoddard.com
       Email: dormsby@albrightstoddard.com

       Mark C. Rifkin
       WOLF HALDENSTEIN ADLER
       FREEMAN & HERZ LLP
       270 Madison Ave., 9th Fl
       New York, New York 10016
       Telephone: (212) 545-4600
       Email: rifkin@whafh.com

   Attorneys for Plaintiff Roy Strassman

### ORDER

Having considered the Parties' Stipulation and finding good cause appearing,

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: June 13, 2022.

Case No.: 2:22-cv-00305-RFB-NJK

5

WEIL:\98664780\1\61707.0006