

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.53
06/01/2022 ZIP 89101
043M31229339

LAS VEGAS NV 890
1 JUN 2022 PM 5

RECEIVED
SERVED ON
FILED
ENTERED
COUNSEL/PARTIES OF RECORD

JUN 13 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

NIXIE    171    FE   1    0006/08/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Mark C. Rifkin
344 W. Lancaster Avenue
Haverford, PA 19041-

## Judgments, Minute Orders/Orders & Writs

2:22-cv-00305-RFB-NJK Bernard v. Theil et al

**United States District Court**

**District of Nevada**

### Notice of Electronic Filing

The following transaction was entered on 6/1/2022 at 9:17 AM PDT and filed on 5/25/2022

**Case Name:** Bernard v. Theil et al
**Case Number:** 2:22-cv-00305-RFB-NJK
**Filer:**
**Document Number:** 41

**Docket Text:**
**ORDER to Consolidate Cases. It is ORDERED that 2:22-cv-00724-ART-EJY is consolidated under 2:22-cv-00305-RFB-NJK. Accordingly, it is hereby ordered that Case No. 2:22-cv-00724-ART-EJY is reassigned to District Judge Richard F. Boulware, II, and Magistrate Judge Nancy J. Koppe, and all future pleadings must bear case number 2:22-cv-00305- RFB-NJK. Signed by Judge Richard F. Boulware, II and Anne R. Traum on 5/25/2022. (Copies have been distributed pursuant to the NEF - KF)**

**2:22-cv-00305-RFB-NJK Notice has been electronically mailed to:**

Mark Albright gma@albrightstoddard.com, abrebbia@albrightstoddard.com, cgrey@albrightstoddard.com, dormsby@albrightstoddard.com, icrosby@albrightstoddard.com, jalvarez@albrightstoddard.com

James J. Pisanelli lit@pisanellibice.com, kap@pisanellibice.com

Matthew L. Sharp matt@mattsharplaw.com, cristin@mattsharplaw.com, suzy@mattsharplaw.com

Debra Spinelli DLS@pisanellibice.com, cct@pisanellibice.com, kap@pisanellibice.com, lit@pisanellibice.com, sd@pisanellibice.com

Maria M Mercera mmm@pisanellibice.com, cct@pisanellibice.com, lit@pisanellibice.com

Daniel Reed Ormsby dormsby@albrightstoddard.com, abrebbia@albrightstoddard.com, cgrey@albrightstoddard.com, gma@albrightstoddard.com, icrosby@albrightstoddard.com, kmonks@albrightstoddard.com

Jonathan D. Polkes jonathan.polkes@weil.com, amanda.pooler@weil.com, dylan.ruffi@weil.com, elizabeth.kerwin-miller@weil.com, jonathan-polkes-2906@ecf.pacerpro.com, mco.ecf@weil.com, seth.massey@weil.com

Caroline Hickey Zalka caroline.zalka@weil.com

Stephen A. Radin stephen.radin@weil.com, mco.ecf@weil.com, stephen-radin-3209@ecf.pacerpro.com

**2:22-cv-00305-RFB-NJK Notice has been delivered by other means to:**