**CLERK, U.S. DISTRICT COURT**
**DISTRICT OF NEVADA**
**LLOYD D. GEORGE U.S. COURTHOUSE**
333 LAS VEGAS BLVD. SO. – RM 1334
**LAS VEGAS, NV 89101**

OFFICIAL BUSINESS

US MARSHALS SERVICE

___ FILED   ___ RECEIVED
___ ENTERED ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

JUN 27 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

quadient
FIRST-CLASS MAIL
IMI
$000.73 Q
06/13/2022 ZIP 89101
043M31229339
**US POSTAGE**

Mark C. Rifkin
344 W. Lancaster Avenue
Haverford, PA 19041-

NIXIE          171     FE 1         0006/22/22
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 89101706934          *0914-00290-13-46

**Judgments, Minute Orders/Orders & Writs**
2:22-cv-00305-RFB-NJK Bernard v. Theil et al

CONSOL

## United States District Court

## District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 6/13/2022 at 2:17 PM PDT and filed on 6/13/2022
**Case Name:**    Bernard v. Theil et al
**Case Number:**    2:22-cv-00305-RFB-NJK
**Filer:**
**Document Number:** 47

**Docket Text:**
**ORDER Granting [46] Stipulation Resolving Pending Motions and Setting Schedule for Filing Consolidated Complaint and Motions to Dismiss Consolidated Complaint. See Order for further details. Signed by Judge Richard F. Boulware, II on 6/13/2022. (Copies have been distributed pursuant to the NEF - KF)**


**2:22-cv-00305-RFB-NJK Notice has been electronically mailed to:**

Mark Albright    gma@albrightstoddard.com, abrebbia@albrightstoddard.com, cgrey@albrightstoddard.com, dormsby@albrightstoddard.com, icrosby@albrightstoddard.com, jalvarez@albrightstoddard.com

James J. Pisanelli    lit@pisanellibice.com, kap@pisanellibice.com

Matthew L. Sharp    matt@mattsharplaw.com, cristin@mattsharplaw.com, suzy@mattsharplaw.com

Debra Spinelli    DLS@pisanellibice.com, cct@pisanellibice.com, kap@pisanellibice.com, lit@pisanellibice.com, sd@pisanellibice.com

Thomas J. McKenna    tjmlaw2001@yahoo.com, gmelawny@gmail.com, tjmckenna@gme-law.com

Maria M Mercera    mmm@pisanellibice.com, cct@pisanellibice.com, lit@pisanellibice.com

Daniel Reed Ormsby    dormsby@albrightstoddard.com, abrebbia@albrightstoddard.com, cgrey@albrightstoddard.com, gma@albrightstoddard.com, icrosby@albrightstoddard.com, kmonks@albrightstoddard.com

Jonathan D. Polkes    jonathan.polkes@weil.com, amanda.pooler@weil.com, dylan.ruffi@weil.com, elizabeth.kerwin-miller@weil.com, jonathan-polkes-2906@ecf.pacerpro.com, mco.ecf@weil.com, seth.massey@weil.com

Caroline Hickey Zalka    caroline.zalka@weil.com