Matthew L. Sharp, Esq.
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge Street
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

[*Additional Co-counsel on signature page*]

*Attorneys for Plaintiff Bernard*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Marathon Digital Holdings, Inc. Stockholder Derivative Litigation | Lead Case No. 2:22-cv-00305-RFB-NUK<br><br>Consolidated With Case No.:<br>2:22-cv-00724-ART-EJY<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Kimberly Bernard and Roy Strassman ("Plaintiffs"), hereby voluntarily dismiss the above-captioned action, without prejudice. As grounds thereof, Plaintiffs state that no opposing party has either served an answer or a motion for summary judgment. Neither Plaintiffs nor their counsel has or will take anything from the dismissal of this action without prejudice.

Dated: November 22, 2022

**MATTHEW L. SHARP, LTD.**

*/s/ Matthew L. Sharp*
Matthew L. Sharp
Nevada Bar No. 4746
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
matt@mattsharplaw.com

Thomas J. McKenna, Esq.
*Admitted Pro Hac Vice*
**GAINEY McKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, New York 10017
Phone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com

*Attorneys for Plaintiff Bernard*

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

         */s/ G. Mark Albright*
G. Mark Albright, Bar No. 1394
Daniel R. Ormsby, Bar No. 14595
801 S Rancho Dr., Ste D4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
gma@albrightstoddard.com
dormsby@albrightstoddard.com

Mark C. Rifkin
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Ave., 9th Fl
New York, New York 10016
Telephone: (212) 545-4600
rifkin@whafh.com

*Attorneys for Plaintiff Strassman*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

James J. Pisanelli, Esq.: JJP@pisanellibice.com

Debra L. Spinelli, Esq.: DLS@pisanelliice.com

Jonathan D. Polkes, Esq.: Jonathan.polkes@weil.com

Stephen A. Radin, Esq.: Stephen.radin@weil.com

Caroline Hickey Zalka, Esq.: caroline.zalka@weil.com

DATED this 22nd day of November 2022.

*/s/ Cristin B. Sharp*
An employee of Matthew L. Sharp, Ltd.